John L. Beers, State Bar No. 70117
Daniel J. Aguilar, State Bar No. 256557
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2050
San Francisco, California 94111
Telephone:  (415) 490-9000
Facsimile:  (415) 490-9001

Attorneys for Defendant
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ELLIOTT, | CASE NO. 2:13-CV-01027-JAM-CMK |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER THEREON** |
| vs. | |
| WAL-MART STORES, INC., a corporation; and DOES 1-100, inclusive, | Complaint Filed:  May 22, 2013 |
| | Trial Date: TBD |
| Defendants. | |

Plaintiff JOHN ELLIOTT and Defendant WAL-MART STORES, INC., by and through their counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 144(a), hereby stipulate and agree that Defendant may have an extension of time to respond to Plaintiff's complaint to and including July 11, 2013.  In support of this Stipulation the Parties state as follows:

    1.     On May 22, 2013, Plaintiff Elliot filed his Complaint in this matter;

    2.     On May 31, 2013, Defendant was served with a copy of the Complaint and Summons.  Defendant has until June 21, 2013 to file its answer or other responsive pleading to the Complaint;

    3.     Defendant is currently investigating this matter and, upon preliminary assessment of the matter, the Parties have determined they will benefit from an additional factual investigation of the matter;

4. There have been no previous extensions of time in this action and there appears to be no prejudice extending the time for Defendant to respond to the Complaint;

5. This extension of time will not alter the date of any event or deadline already fixed by Court order;

6. Local Rule 144(a) of the United States District Court for the Eastern District of California provides that Parties may stipulate to extend the time for responding to a complaint without leave of Court so long as all parties affected by the extension consent and the extension is no longer than 28 days;

7. The stipulated and agreed upon extension of time is for 20 calendar days.

For the foregoing reasons, the Parties stipulate that the Defendants may have an extension of time to respond to Plaintiff's complaint to and including July 11, 2013.

**IT IS SO STIPULATED.**

DATE:  June 11, 2013

By: /s/ Alexander G. Henry (as authorized 6/11/13)
Alexander G. Henry, SBN 238264
MAYALL HURLEY P.C.
2453 Grand Canal Blvd., 2nd Fl.
Stockton, California  95207

Telephone:  (209) 477-3833
Facsimile:  (209) 473-4818

Attorneys for Plaintiff,
JOHN ELLIOTT

By: /s/ Daniel J. Aguilar
Daniel J. Aguilar, SBN 256557
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2050
San Francisco, California 94111

Telephone:  (415) 490-9000
Facsimile:  (415) 490-9001

Attorneys for Defendant,
WAL-MART STORES, INC.

**ORDER**

The Court, having duly considered the Parties' stipulation as set forth above, and good cause appearing, hereby orders as follows: Defendant's deadline to file a responsive pleading to Plaintiff's Complaint shall be extended to and including July 11, 2013.

**IT IS SO ORDERED.**

DATED:  6/17/2013                                         /s/ John A. Mendez
                                                                        Hon. John A. Mendez
                                                                        Judge of the United States District Court
                                                                        Eastern District of California