UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ELLIOTT,<br><br>    Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., a corporation; and DOES 1-100, inclusive,<br><br>    Defendants. | Case No.: 2:13-cv-01027-JAM-CMK<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Complaint Filed:  May 22, 2013<br>Trial Date:  December 1, 2014 |

On August 5, 2014, Plaintiff JOHN ELLIOTT and Defendant WAL-MART STORES, INC. filed a joint Stipulation for Dismissal with Prejudice (Document 22).  Pursuant to this Stipulation, the Court dismisses the entire case with prejudice.

**IT IS SO ORDERED.**

Dated:  10/8/2014

                                                   /s/ John A. Mendez
                                                 John A. Mendez
                                                 United States District Court Judge